DANIEL M. SESSA ET AL. *v.* DONALD J.
PROVINCE, SR., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 98 Conn. App. 564 (AC 27150), is denied.

*Paul D. Buhl*, in support of the petition.

Decided January 25, 2007

STATE OF CONNECTICUT *v.* EDWARD PARKER

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 351 (AC 21043), is denied.

*Sarah F. Summons*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided January 30, 2007

EDWARD PARKER *v.* COMMISSIONER OF
CORRECTION

The petitioner Edward Parker's petition for certification for appeal from the Appellate Court, 83 Conn. App. 905 (AC 24071), is denied.

*Sarah F. Summons*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided January 30, 2007